Johanna GARCIA, Plaintiff–Appellant,

v.

DMX, AL & EVE, Defendant–Appellee.

No. 05–12406

Non–Argument Calendar.

D.C. Docket No. 05–21039–CV–JAL.

United States Court of Appeals, Eleventh Circuit.

Jan. 30, 2006.

Johanna Garcia, North Miami, FL, pro se.

Joaquin Mendez, Jr., Joaquin Mendez, P.A., Miami, FL, for Plaintiff–Appellant.

Before DUBINA, HULL and HILL, Circuit Judges.

PER CURIAM:

We have carefully reviewed the record, the order of the district court, and the brief prepared and filed on behalf of appellant by court-appointed counsel, whose diligence in presenting appellant's position is appreciated.

However, finding no error in the Order of Dismissal dated and filed April 18, 2005, we conclude that the said order should be and is

AFFIRMED.